NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TUBING LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**TENARIS COILED TUBES LLC, TENARIS S.A.,**
*Defendants-Appellants*

---

2023-1882, 2023-1883

---

Appeals from the United States District Court for the Southern District of Texas in No. 4:17-cv-03299, Judge Keith P. Ellison.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' unopposed motion to further extend by 14 days, until September 22, 2023, the time to file their opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 6, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court