NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TUBING LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**TENARIS COILED TUBES LLC, TENARIS S.A.,**
*Defendants-Appellants*

---

2023-1882, 2023-1883

---

Appeals from the United States District Court for the Southern District of Texas in No. 4:17-cv-03299, Judge Keith P. Ellison.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the unopposed motion of Global Tubing LLC for an extension of time to file its principal and response brief, up to and including January 5, 2024,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 25, 2023
Date