# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1882, -1883 (consolidated)

**Short Case Caption:** Global Tubing LLC v. Tenaris Coiled Tubes LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Tenaris Coiled Tubes LLC and Tenaris S.A.

| | |
|---|---|
| **Principal Counsel:** [appearance previously entered] | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** Matthew S. Owen | Admission Date: 4/12/2024 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 1301 Pennsylvania Avenue NW, Washington, DC 20004 | |
| Phone: (202) 389-5000 | Email: matthew.owen@kirkland.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/15/24

Signature: /s/ William H. Burgess

Name: William H. Burgess

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Erin E. Cady | Admission Date: 4/10/2024 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 1301 Pennsylvania Avenue NW, Washington, DC 20004 | |
| Phone: (202) 389-5000 | Email: erin.cady@kirkland.com |
| **Other Counsel:** Megan McGlynn | Admission Date: 4/8/2024 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 1301 Pennsylvania Avenue NW, Washington, DC 20004 | |
| Phone: (202) 389-5000 | Email: megan.mcglynn@kirkland.com |
| **Other Counsel:** Mark Wigley | Admission Date: 4/10/2024 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 1301 Pennsylvania Avenue NW, Washington, DC 20004 | |
| Phone: (202) 389-5000 | Email: mark.wigley@kirkland.com |
| **Other Counsel:** Annie Chiang | Admission Date: 4/10/2024 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 1301 Pennsylvania Avenue NW, Washington, DC 20004 | |
| Phone: (202) 389-5000 | Email: annie.chang@kirkland.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |