**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

GLOBAL TUBING LLC,
*Plaintiff-Cross-Appellant*,

v.

TENARIS COILED TUBES LLC, TENARIS S.A.,
*Defendants-Appellants*.

Nos. 23-1882, 23-1883

**GLOBAL TUBING LLC'S UNOPPOSED**
**MOTION FOR AN EXTENSION OF TIME**
**TO FILE ITS REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rule 26(b), Cross-Appellant Global Tubing LLC ("Global Tubing") respectfully moves for a 4-week extension of time to file its reply brief in the above-captioned matter. Global Tubing's reply brief is currently due on May 6, 2024. If this motion is granted, the brief will be due on June 3, 2024. Global Tubing has not previously sought an extension for this brief. Global Tubing's counsel has informed counsel for Appellants Tenaris Coiled Tubes LLC and Tenaris S.A. (collectively "Tenaris") of this extension request. Tenaris's counsel has indicated that Tenaris consents to this motion and will not file a response. Additional time is necessary because counsel of record has been, and will remain, heavily engaged with the press of other matters before this Court and other courts. Those matters include: a response brief

in *Telefonaktiebolaget LM Ericsson v. Lenovo (United States) Inc.* due in this Court (No. 24-1515) on May 1, 2024; a reply brief in *United States v. Gyetvay* due in the U.S. Court of Appeals for the Eleventh Circuit (Nos. 23-13254, 23-13383) on May 3, 2024; an opening brief in *Express Mobile, Inc. v. Meta Platforms, Inc.* due in this Court (Nos. 24-1190, 24-1191, 24-1192) on May 7, 2024; oral argument in *Regents of the University of California v. Broad Institute, Inc*. in this Court (Nos. 22-1594, 22-1653) on May 7, 2024; oral argument in *United States ex rel. John Doe v. Credit Suisse AG* in the U.S. Court of Appeals for the Fourth Circuit (No. 22-1054) on May 8, 2024; oral argument in *Broadband iTV, Inc. v. Amazon.com, Inc.* in this Court (No. 23-1107) on June 5, 2024; an opening brief in *VLSI Technology LLC v. Patent Quality Assurance LLC* due in this Court (Nos. 23-2298, 23-2354) on June 10, 2024; and a reply brief in *Finesse Wireless LLC v. AT&T Mobility LLC* due in this Court (No. 24-1039) on June 12, 2024.

Accordingly, Global Tubing respectfully requests a 4-week extension of time to file its brief, to and including June 3, 2024.

April 22, 2024

Respectfully submitted,

/s/ Jeffrey A. Lamken

Jeffrey A. Lamken
*Counsel of Record*
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000 (telephone)
jlamken@mololamken.com

*Counsel for Global Tubing LLC*

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

GLOBAL TUBING LLC,
*Plaintiff-Cross-Appellant*,

v.

TENARIS COILED TUBES LLC, TENARIS S.A.,
*Defendants-Appellants*.

Nos. 23-1882, 23-1883

**DECLARATION OF JEFFREY A. LAMKEN IN SUPPORT OF GLOBAL TUBING LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY BRIEF**

I, Jeffrey A. Lamken, hereby declare:

1. I am a partner in the law firm MoloLamken LLP and counsel for Cross-Appellant Global Tubing LLC ("Global Tubing"). I am over the age of 18 and have personal knowledge of the matters set forth herein.

2. I submit this declaration in support of Cross-Appellant Global Tubing's Unopposed Motion for an Extension of Time to File Its Reply Brief.

3. Counsel for Global Tubing informed counsel for Appellants Tenaris Coiled Tubes LLC and Tenaris S.A. (collectively "Tenaris") of this extension request. Tenaris's counsel indicated that Tenaris consents to this motion and will not file a response.

4. Global Tubing's reply brief is currently due on May 6, 2024. If this motion is granted, the brief will be due on June 3, 2024. This is Global Tubing's first request to extend the time to file this brief.

5. Additional time is necessary because counsel of record has been, and will remain, heavily engaged with the press of other matters before this Court and other courts. Those matters include: a response brief in *Telefonaktiebolaget LM Ericsson v. Lenovo (United States) Inc.* due in this Court (No. 24-1515) on May 1, 2024; a reply brief in *United States v. Gyetvay* due in the U.S. Court of Appeals for the Eleventh Circuit (Nos. 23-13254, 23-13383) on May 3, 2024; an opening brief in *Express Mobile, Inc. v. Meta Platforms, Inc.* due in this Court (Nos. 24-1190, 24-1191, 24-1192) on May 7, 2024; oral argument in *Regents of the University of California v. Broad Institute, Inc*. in this Court (Nos. 22-1594, 22-1653) on May 7, 2024; oral argument in *United States ex rel. John Doe v. Credit Suisse AG* in the U.S. Court of Appeals for the Fourth Circuit (No. 22-1054) on May 8, 2024; oral argument in *Broadband iTV, Inc. v. Amazon.com, Inc.* in this Court (No. 23-1107) on June 5, 2024; an opening brief in *VLSI Technology LLC v. Patent Quality Assurance LLC* due in this Court (Nos. 23-2298, 23-2354) on June 10, 2024; and a reply brief in *Finesse Wireless LLC v. AT&T Mobility LLC* due in this Court (No. 24-1039) on June 12, 2024.

6. A 4-week extension will give counsel the necessary time to prepare Global Tubing's reply brief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 22, 2024, in Washington, D.C.

/s/ Jeffrey A. Lamken

Jeffrey A. Lamken
*Counsel of Record*
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000 (telephone)
jlamken@mololamken.com

*Counsel for Global Tubing LLC*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 23-1882, 23-1883

**Short Case Caption:** Global Tubing LLC v. Tenaris Coiled Tubes LLC

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

- [x] the filing has been prepared using a proportionally-spaced typeface and includes 360 words.
- [ ] the filing has been prepared using a monospaced typeface and includes ________ lines of text.
- [ ] the filing contains ________ pages / ________ words / ________ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. ________).

Date: April 22, 2024

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1882, 2023-1883

**Short Case Caption** Global Tubing LLC v. Tenaris Coiled Tubes LLC

**Filing Party/Entity** Global Tubing LLC

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: April 22, 2024

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Global Tubing LLC | | Forum Energy Technologies, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☑ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☑ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## CERTIFICATE OF INTEREST – ADDITIONAL PAGES

4. **Legal Representatives**

**Yetter Coleman LLP:** David J. Gutierrez, James E. Zucker, Katherine S. Dannenmaier, and Pamela L. Hemphill née Hohensee

**Robinson Bradshaw LLP:** Emma W. Perry

**McAughan Deaver PLLC:** Robert J. McAughan, Jr.