**No. 23-1882, -1883 (consolidated)**

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

GLOBAL TUBING LLC,
*Plaintiff-Cross-Appellant*,
v.

TENARIS COILED TUBES LLC, AND TENARIS S.A.
*Defendant-Appellant*.

---

**APPELLANTS' UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME TO FILE JOINT APPENDIX**

---

Appellants Tenaris Coiled Tubes LLC and Tenaris S.A. respectfully request a 7-day extension of time, to and including June 17, 2024, to file the joint appendix. The current deadline, which has not been extended, is June 10, 2024 (assuming Global Tubing files the cross-appellant's reply brief at the June 3 deadline for that brief). Tenaris has discussed this motion with all parties and it is unopposed.

There is good cause to grant the extension for the following reasons. Tenaris is the appellant and bears primary responsibility for assembling, filing, and serving the appendix. *See* FRAP 30(a) ("Appellant's Responsibility"); Fed. Cir. R. 30(a)(2) ("The appellant must serve and file the

appendix…”). For the Tenaris attorneys and staff with primary responsibility for preparing and finalizing the appendix, the June 10, 2024 deadline falls within a few days of an unusual number of other deadlines (including appeal brief deadlines, post-trial briefing deadlines, and pre-trial exchanges), and scheduled vacations. And although Tenaris has been working diligently, the appendix in this case requires substantial effort to ensure that confidentiality markings comply with this Court’s rules and with the protective orders below and to coordinate with Global Tubing’s counsel to that end. A relatively short 7-day extension is necessary to permit sufficient time to prepare the joint appendix here.

For the foregoing reasons, Tenaris respectfully requests a 7-day extension of time, to and including June 17, 2024, to file the joint appendix.

May 22, 2024

Respectfully submitted,

*/s/ William H. Burgess*

John C. O’Quinn
Matthew S. Owen
Nathan S. Mammen
William H. Burgess
Megan McGlynn
Ashley Cade
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 389-5000

Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(202) 446-4800

# CERTIFICATE OF INTEREST

1. **Represented Entities (Fed. Cir. R. 47.4(a)(1)):** Tenaris Coiled Tubes LLC; Tenaris, S.A.

2. **Real Party in Interest (Fed. Cir. R. 47.4(a)(2)):** N/A

3. **Parent Corporations and Stockholders (Fed. Cir. R. 47.4(a)(3)):** Tenaris, S.A.; Techint Holdings S.ár.l.

4. **Legal Representatives (Fed. Cir. R. 47.4(a)(4)):**

   Kirkland & Ellis LLP: Erin Cady, Kylie Feger, Daniel P. Gross, Alanna R. Horan, Neil A. Joseph, Gregg F. LoCascio, Megan McGlynn, Drew Morrill, Matthew Owen, Ingrid Petersen, Aaron D. Resetarits (no longer with firm), Anna Rotman

   Liskow Lewis: Jillian M. Marullo, Alma Shields

   Fish & Richardson P.C.: Bailey K. Benedict, Caitlin Dean, Danielle J. Healey, Jayme Partridge, Karrie E. Wheatley

5. **Related Cases (Fed. Cir. R. 47.5(a)).** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)? **No.**

6. **Organizational Victims and Bankruptcy Cases (Fed. R. App. P. 26.1(b)-(c)):** N/A

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume requirements of the Federal Rules of Appellate Procedure and the Rules of this Court. The motion contains 236 words.

*/s/ William H. Burgess*