# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TUBING LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**TENARIS COILED TUBES LLC, TENARIS S.A.,**
*Defendants-Appellants*

---

2023-1882, 2023-1883

---

Appeals from the United States District Court for the Southern District of Texas in No. 4:17-cv-03299, Judge Keith P. Ellison.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND VACATED-ANDREMANDED-IN-PART**

FOR THE COURT

February 26, 2026
Date

Jarrett B. Perlow
Clerk of Court